<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7684**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAID NOUHAD ADRA,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-93-187-A)

─────────────

Submitted:  July 30, 1998          Decided:  August 14, 1998

─────────────

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Said Nouhad Adra, Appellant Pro Se.  Stephen P. Learned, Assistant United States Attorney, Sarah Margaret Mortenson, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his request for certain transcripts and a certificate of appealability. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Adra</u>, No. CR-93-187-A (E.D. Va. July 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>